# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Noah J. Crase,

    Plaintiff,

          v.                            Case No. 1:16cv882

Commissioner of Social Security,        Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on November 7, 2017 (Doc. 21).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 21) of the Magistrate Judge is hereby **ADOPTED.** The parties' Joint Stipulation (Doc. 20) is GRANTED. Plaintiff is awarded $2,681.25 in attorney fees and costs under the Equal Access to Justice Act.

    **IT IS SO ORDERED.**

                                    *s/Michael R. Barrett*
                                    Michael R. Barrett
                                    United States District Judge